DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY L. SELLERS,**
Appellant,

v.

**THE BEAR'S CLUB PROPERTY OWNERS' ASSOCIATION, INC., JOHN BITOVE, WILLIAM TERLATA, SHERRIE ABBRUZZESE, GARY NICKLAUS, ROBERT WESSELMAN,** and **THE BEARS CLUB FOUNDING PARTNER, LLC,** f/k/a **THE BEAR'S CLUB FOUNDING PARTNERS, LTD.,**
Appellees.

No. 4D22-2160

[May 4, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502022CA000474.

Jeremy Dicker of Sachs Sax Caplan, Boca Raton, for Appellant.

Mark M. Heinish of Hinshaw & Culbertson LLP, Fort Lauderdale, for appellees The Bear's Club Property Owners' Association Inc., John Bitove, William Terlato, Sherrie Abbruzzese, Gary Nicklaus and Robert Wesselman.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***